1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

**United States District Court**
For the Northern District of California

12   MINH HONG,                          No. C 12-01756 RS

13              Plaintiff,               **RECUSAL ORDER**

14        v.

15   MORGAN STANLEY, et al.,

16
         Defendants.
17   _____/

18

19      I hereby recuse myself from hearing or determining any matters which have been referred to

20   me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

21   matters in this case to another District Judge.

22

23

24   IT IS SO ORDERED.

25

26   Dated:  7/24/12                      _____
                                          RICHARD SEEBORG
27                                        UNITED STATES DISTRICT JUDGE

28

RECUSAL ORDER