| | |
|---|---|
| 1 | TRISH HIGGINS (State Bar No. 119215) |
| | thiggins@orrick.com |
| 2 | ANDREA L. BROWN (State Bar No. 237629) |
| | abrown@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 4 | Sacramento, CA  95814-4497 |
| | Telephone:     916-447-9200 |
| 5 | Facsimile:      916-329-4900 |
| 6 | Attorneys for Defendants |
| | Morgan Stanley & Co., LLC, |
| 7 | Morgan Stanley Smith Barney LLC |
| 8 | LAWRENCE BALL (State Bar No. 60496) |
| | LOUIS A. HIGHMAN (State Bar No. 61703) |
| 9 | HIGHMAN, HIGHMAN & BALL |
| | 870 Market Street, Suite 467 |
| 10 | San Francisco, CA  94102 |
| | Telephone: 415-982-5563 |
| 11 | |
| | Attorney for Plaintiff |
| 12 | Minh Hong |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | | |
|---|---|---|
| MINH HONG, | | Case No. CV 12-01756 TEH |
| | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | | |
| MORGAN STANLEY & CO., LLC, f/k/a MORGAN STANLEY & CO., f/k/a MORGAN STANLEY & CO., INC., f/k/a MORGAN STANLEY DW, INC., MORGAN STANLEY SMITH BARNEY LLC, | | |
| | Defendants. | |

OHSUSA:751028127.1

1  **IT IS HEREBY STIPULATED** by and between counsel for Plaintiff Minh
2  Hong and counsel for Defendants that pursuant to Local Rule 6-1(a), Defendants shall
3  have until and including September 4, 2012 to Answer or otherwise respond to Plaintiff's
4  Complaint.  This extension of time will not alter the date of any event or any deadline
5  already fixed by Court order.

6  Dated: August 7, 2012.    TRISH M. HIGGINS
                              ANDREA L. BROWN
7                             Orrick, Herrington & Sutcliffe LLP

9                             By: /s/ Trish M. Higgins
                                    TRISH M. HIGGINS
10                                 Attorneys for Defendants

11 Dated: August 7, 2012.    LAWRENCE BALL
                              LOUIS A. HIGHMAN
12                            Highman, Highman & Ball

14                            By: /s/ Louis A. Highman
                                    LOUIS A. HIGHMAN
15                                 Attorneys for Plaintiff
                                    Minh Hong

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/07/2012
IT IS SO ORDERED
Judge Thelton E. Henderson