| | |
|---|---|
| 1 | TRISH HIGGINS (State Bar No. 119215) |
| | thiggins@orrick.com |
| 2 | ANDREA L. BROWN (State Bar No. 237629) |
| | abrown@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 4 | Sacramento, CA  95814-4497 |
| | Telephone:     916-447-9200 |
| 5 | Facsimile:     916-329-4900 |
| 6 | Attorneys for Defendants |
| | Morgan Stanley & Co., LLC, |
| 7 | Morgan Stanley Smith Barney LLC |
| 8 | LAWRENCE BALL (State Bar No. 60496) |
| | LOUIS A. HIGHMAN (State Bar No. 61703) |
| 9 | HIGHMAN, HIGHMAN & BALL |
| | 870 Market Street, Suite 467 |
| 10 | San Francisco, CA  94102 |
| | Telephone: 415-982-5563 |
| 11 | |
| | Attorney for Plaintiff |
| 12 | Minh Hong |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| MINH HONG, | Case No. CV 12-01756 TEH |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| MORGAN STANLEY & CO., LLC, f/k/a MORGAN STANLEY & CO., f/k/a MORGAN STANLEY & CO., INC., f/k/a MORGAN STANLEY DW, INC., MORGAN STANLEY SMITH BARNEY LLC, | |
| Defendants. | |

OHSUSA:751028127.1

**IT IS HEREBY STIPULATED** by and between counsel for Plaintiff Minh Hong and counsel for Defendants that pursuant to Local Rule 6-1(a), Defendants shall have until and including September 4, 2012 to Answer or otherwise respond to Plaintiff's Complaint. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 7, 2012.   TRISH M. HIGGINS
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP


By: /s/ Trish M. Higgins
TRISH M. HIGGINS
Attorneys for Defendants

Dated: August 7, 2012.   LAWRENCE BALL
LOUIS A. HIGHMAN
Highman, Highman & Ball


By: /s/ Louis A. Highman
LOUIS A. HIGHMAN
Attorneys for Plaintiff
Minh Hong

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/07/2012
IT IS SO ORDERED
Judge Thelton E. Henderson