| | |
|---|---|
| 1 | TRISH HIGGINS (State Bar No. 119215) |
| | thiggins@orrick.com |
| 2 | ANDREA L. BROWN (State Bar No. 237629) |
| | abrown@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 4 | Sacramento, CA  95814-4497 |
| | Telephone:    916-447-9200 |
| 5 | Facsimile:     916-329-4900 |
| 6 | Attorneys for Defendants |
| | Morgan Stanley & Co., LLC, |
| 7 | Morgan Stanley Smith Barney LLC |
| 8 | LAWRENCE BALL (State Bar No. 60496) |
| | LOUIS A. HIGHMAN (State Bar No. 61703) |
| 9 | HIGHMAN, HIGHMAN & BALL |
| | 870 Market Street, Suite 467 |
| 10 | San Francisco, CA  94102 |
| | Telephone:  415-982-5563 |
| 11 | |
| 12 | Attorney for Plaintiff |
| | Minh Hong |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| MINH HONG, | Case No. CV 12-01756 TEH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MORGAN STANLEY & CO., LLC, f/k/a MORGAN STANLEY & CO., f/k/a MORGAN STANLEY & CO., INC., f/k/a MORGAN STANLEY DW, INC., MORGAN STANLEY SMITH BARNEY LLC, | |
| Defendants. | |

OHSUSA:751102248.1

1    Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff and Defendants, by and through their
2    respective counsel of record, hereby submit this Stipulation and Proposed Order seeking
3    continuance of the Case Management Conference, currently scheduled for August 27, 2012, to
4    October 29, 2012, or as soon thereafter as the Court's schedule will allow.
5    WHEREAS, the Court's August 7, 2012 Clerk's Notice set a Case Management
6    Conference in this matter for August 27, 2012, at 1:30 p.m.;
7    WHEREAS, the parties have stipulated that Defendants will have to September 4, 2012 to
8    file their answer or other responsive pleading;
9    WHEREAS, Defendants intend to file a Motion to Transfer Venue on or before
10   September 4, 2012, with the earliest possible hearing date on the motion of October 15, 2012;
11   WHEREAS, a continuance of the Case Management Conference to October 29, 2012,
12   after the date of the hearing on the Motion to Transfer Venue, would conserve judicial resources
13   and time and expense of the parties.  The continuance will not affect any other dates and
14   deadlines in this matter, with the exception of the parties' deadline to submit a Joint Case
15   Management Conference Statement, which will be due one week prior to the rescheduled Case
16   Management Conference.
17   THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
18   The Case Management Conference, presently scheduled for August 27, 2012, shall be
19   continued to October 29, at 1:30 p.m., or as soon thereafter as the Court's schedule will allow,
20   and the Joint Case Management Statement will be due one week prior to the rescheduled Case
21   Management Conference.
22   / / / /
23   / / / /
24   / / / /
25   / / / /
26   / / / /
27   / / / /
28   / / / /

OHSUSA:751102248.1

| | | |
|---|---|---|
| 1 | Dated: August 15, 2012. | TRISH M. HIGGINS |
| 2 | | ANDREA L. BROWN |
| | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | By: /s/ Trish M. Higgins |
| 5 | | TRISH M. HIGGINS |
| | | Attorneys for Defendants |
| 6 | Dated: August 15, 2012. | LAWRENCE BALL |
| 7 | | LOUIS A. HIGHMAN |
| | | Highman, Highman & Ball |
| 9 | | By: /s/ Lawrence Ball |
| 10 | | LAWRENCE BALL |
| | | Attorneys for Plaintiff |
| 11 | | Minh Hong |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference is hereby continued to October 29, 2012, at 1:30 p.m, and the Joint Case Management Statement shall be filed by October 22, 2012.

Dated: 08/20/2012

The Honorable Thelton E. Henderson
Chief Judge
United States District Court
Northern District of California