1  TRISH HIGGINS (State Bar No. 119215)
   thiggins@orrick.com
2  ANDREA L. BROWN (State Bar No. 237629)
   abrown@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA  95814-4497
   Telephone:     916-447-9200
5  Facsimile:     916-329-4900

6  Attorneys for Defendants
   Morgan Stanley & Co., LLC,
7  Morgan Stanley Smith Barney LLC

8  LAWRENCE BALL (State Bar No. 60496)
   LOUIS A. HIGHMAN (State Bar No. 61703)
9  HIGHMAN, HIGHMAN & BALL
   870 Market Street, Suite 467
10 San Francisco, CA  94102
   Telephone:  415-982-5563
11
   Attorney for Plaintiff
12 Minh Hong

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO-OAKLAND DIVISION

17

18 MINH HONG,                         Case No. CV 12-01756 TEH

19          Plaintiff,                **STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE CASE
20     v.                             MANAGEMENT CONFERENCE**

21 MORGAN STANLEY & CO., LLC, f/k/a
   MORGAN STANLEY & CO., f/k/a MORGAN
22 STANLEY & CO., INC., f/k/a MORGAN
   STANLEY DW, INC., MORGAN STANLEY
23 SMITH BARNEY LLC,

24          Defendants.

25

26

27

28

OHSUSA:751102248.1

1    Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff and Defendants, by and through their

2    respective counsel of record, hereby submit this Stipulation and Proposed Order seeking

3    continuance of the Case Management Conference, currently scheduled for August 27, 2012, to

4    October 29, 2012, or as soon thereafter as the Court's schedule will allow.

5    WHEREAS, the Court's August 7, 2012 Clerk's Notice set a Case Management

6    Conference in this matter for August 27, 2012, at 1:30 p.m.;

7    WHEREAS, the parties have stipulated that Defendants will have to September 4, 2012 to

8    file their answer or other responsive pleading;

9    WHEREAS, Defendants intend to file a Motion to Transfer Venue on or before

10   September 4, 2012, with the earliest possible hearing date on the motion of October 15, 2012;

11   WHEREAS, a continuance of the Case Management Conference to October 29, 2012,

12   after the date of the hearing on the Motion to Transfer Venue, would conserve judicial resources

13   and time and expense of the parties.  The continuance will not affect any other dates and

14   deadlines in this matter, with the exception of the parties' deadline to submit a Joint Case

15   Management Conference Statement, which will be due one week prior to the rescheduled Case

16   Management Conference.

17   THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

18   The Case Management Conference, presently scheduled for August 27, 2012, shall be

19   continued to October 29, at 1:30 p.m., or as soon thereafter as the Court's schedule will allow,

20   and the Joint Case Management Statement will be due one week prior to the rescheduled Case

21   Management Conference.

22   / / / /

23   / / / /

24   / / / /

25   / / / /

26   / / / /

27   / / / /

28   / / / /

- 2 -

OHSUSA:751102248.1

1     Dated: August 15, 2012.                   TRISH M. HIGGINS
                                               ANDREA L. BROWN

2                                                 Orrick, Herrington & Sutcliffe LLP

3

4                                               By:  /s/ Trish M. Higgins

5                                                TRISH M. HIGGINS
                                             Attorneys for Defendants

6     Dated: August 15, 2012.                   LAWRENCE BALL
                                               LOUIS A. HIGHMAN

7                                               Highman, Highman & Ball

8

9                                             By:  /s/ Lawrence Ball

10                                               LAWRENCE BALL
                                             Attorneys for Plaintiff

11                                               Minh Hong

12

13                                        **ORDER**

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15      The Case Management Conference is hereby continued to October 29, 2012, at 1:30 p.m,

16 and the Joint Case Management Statement shall be filed by October 22, 2012.

17

18 Dated:  __08/20/2012_____        _____

19                                        The Honorable Thelton Henderson
                                       United States District Judge

20

21

22

23

24

25

26

27

28

OHSUSA:751102248.1