```
 1  LOUIS A. HIGHMAN, State Bar No. 61703
    LAWRENCE BALL, State Bar No. 101760
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, California 94102
 4  Telephone:  (415) 982-5563

 5  Attorneys for Plaintiff Minh Hong

 6

 7              In the United States District Court

 8         In and for the Northern District of California

 9                  San Francisco-Oakland Division

10

11  MINH HONG,                        Case No. CV 12-01756 TEH

12         Plaintiff,                 [~~PROPOSED~~] ORDER TO
                                      ENLARGE TIME
13      -v-                           FOR PLAINTIFF TO FILE
                                      OPPOSITION PAPERS AND
14  MORGAN STANLEY & CO., LLC,        FOR DEFENDANTS TO FILE
    f/k/a MORGAN STANLEY & CO. INC.,  REPLY PAPERS RE
15  f/k/a MORGAN STANLEY DW INC.;     MOTION TO TRANSFER VENUE
    MORGAN STANLEY SMITH BARNEY LLC,  AND TO CONTINUE HEARING
16                                    DATE
           Defendant.
17  _____/   Date: October 15, 2012
                                      Time: 10:00 a.m.
18                                    Courtroom: 12, 19th Floor
                                      Judge: Hon. Thelton
19                                           Henderson

20
           Based on the parties' stipulation and the supporting
21
    declaration of Louis A. Highman, and good cause appearing
22
    therefor, IT IS HEREBY ORDERED that the time for plaintiff
23
    Minh Hong to file opposition papers to defendants' motion to
24
    transfer venue be extended to September 25, 2012 (instead of
25
    September 18, 2012), that the time for defendants Morgan
26
    Stanley & Co., LLC, f/k/a Morgan Stanley & Co., Inc., f/k/a
27
    Morgan Stanley DW Inc. and Morgan Stanley Smith Barney LLC to
28
                                  1
    _____
    Order Granting Stip to Enlarge Time and Continue Hearing Date---CV12-01756 TEH
```

1 | file a reply to the opposition is extended to October 9, 2012
2 | (instead of September 25, 2012), and that the hearing date for
3 | the motion to transfer venue be continued to October 22, 2012,
4 | at 10:00 a.m. in Courtroom 2 (from the previously scheduled
5 | hearing date of October 15, 2012).
6 | DATED: 09/17/2012

[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]

2

Order Granting Stip to Enlarge Time and Continue Hearing Date---CV12-01756 TEH